**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| Bernabe Gonzalez, | Case No. 18-23789 (RDD) |
| **Debtor(s).** | |

------------------------------------------------x

## RESPONSE TO OBJECTION TO LOSS MITIGATION REQUEST

Roselina Serrano, Esq., attorney for the debtor, affirms under penalty as follows:

1. I represent the debtor, Bernabe Gonzalez and am familiar with the facts and circumstances surrounding this matter.

2. Nationstar Mortgage, LLC holds a mortgage on the Debtor's real property located at 28 Hillside Avenue, Haverstraw, New York 10927 (the "Property").

3. Our office filed a Loss Mitigation Request on behalf of the debtor on December 10, 2018.

4. The debtor has tried to modify the loan prior to the Loss-Mitigation Request and was denied.

5. The debtor wants to proceed with a short sale on this matter.

6. We respectfully request the Court deny the objection to Loss-Mitigation and allow the debtor to pursue non-retention Loss-Mitigation options.

/s/Roselina Serrano
Attorney for the Debtor
Law Offices of Serrano & Associates, P.C.
22 South Main Street, New City, NY 10956
(845) 638-2200